### 54845. WILLIAMS v. RAY.

QUILLIAN, Presiding Judge.

Appeal was taken from the grant of defendant's motion to dismiss the plaintiff's claim. The defendant had filed a counterclaim which had not been ruled upon prior to the transmittal of the appeal to this court. *Held:*

There being no compliance with Code Ann. § 6-701 (a) 2 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073), or CPA § 54 (b) (Code Ann. § 81A-154 (b) (Ga. L. 1966, pp. 609, 658; 1976, pp. 1047, 1049, eff. Sept. 6, 1976)), the instant appeal, brought before final judgment and while a counterclaim was pending, is premature. *Roach-Russell, Inc. v. A. B. R. Metals &c. Inc.,* 138 Ga. App. 653 (227 SE2d 75).

*Appeal dismissed. Shulman and Banke, JJ., concur.*

ARGUED NOVEMBER 8, 1977 — DECIDED JANUARY 27, 1978.

*J. Wayne Parrish,* for appellant.
*Black & Black, Eugene C. Black, Jr., W. Emory Walters, Rick E. Ellis,* for appellee.